IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCUS INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:19-cv-5339-JPB |
| GARDEN FRESH RESTAURANTS ) | |
| (DE), LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of all parties.  The Parties hereby respectfully request that this Court allow thirty (30) days within which to complete the settlement, during which time the Parties request that the Court retain jurisdiction over this matter until fully resolved.  Should the Parties not move to reinstate the case or seek other Court intervention in the next thirty (30) days, the Parties request the Court dismiss this case with prejudice at that time.

Respectfully submitted this 14th day of February, 2020.

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Myra K. Creighton* |
| Pete M. Monismith | Myra K. Creighton |
| Georgia Bar No. 941228 | Georgia Bar No. 195660 |
| pete@monismithlaw.com | mcreighton@fisherphillips.com |
| Pete M. Monismith, PC | FISHER & PHILLIPS, LLP |
| 3945 Forbes Avenue, Suite 175 | 1075 Peachtree Street, NE, Suite 3500 |
| Pittsburgh, PA  15213 | Atlanta, GA  30309 |
| T: (724) 610-1881 | T: (404) 231-1400 |
| F: (412) 258-1309 | F: (404) 240-4249 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARCUS INGRAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO.: 1:19-cv-5339-JPB |
| GARDEN FRESH RESTAURANTS (DE), LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of February, 2020, I filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court through the Court's CM/ECF system, which served a copy to counsel of record, as follows:

> Pete M. Monismith
> Pete M. Monismith, PC
> 3945 Forbes Avenue, Suite 175
> Pittsburgh, PA  15213
> pete@monismithlaw.com

> */s/ Myra K. Creighton*
> Myra K. Creighton
> Georgia Bar No. 195660
> mcreighton@fisherphillips.com