# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARCUS INGRAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE** |
| ) | **NO.: 1:19-cv-05339-JPB** |
| **GARDEN FRESH RESTAURANTS** ) | |
| **(DE), LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW, GARDEN FRESH RESTAURANTS (DE), LLC ("Garden Fresh" or "Defendant"), and MARCUS INGRAM (collectively "the Parties"), through their undersigned counsel of record, and file this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 10th day of March 2020.

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Myra K. Creighton* |
| Pete M. Monismith | Myra K. Creighton |
| Georgia Bar No. 941228 | Georgia Bar No. 195660 |
| pete@monismithlaw.com | mcreighton@fisherphillips.com |
| Pete M. Monismith, PC | FISHER & PHILLIPS, LLP |
| 3945 Forbes Avenue, Suite 175 | 1075 Peachtree Street, N.E. Suite 3500 |
| Pittsburgh, PA  15213 | Atlanta, Georgia 30309 |
| Phone:  (724) 610-1881 | Phone:  (404) 231-1400 |
| Fax:  (412) 258-1309 | Fax:  (404) 240-4249 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF COMPIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

*/s/ Pete Monismith*
Pete Monismith
Georgia Bar No. 941228
pete@monismithlaw.com